468 A.2d 841

Commonwealth v. Zduniak, Appellant.

Submitted October 25, 1983. James Nevant, II, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.